ORIGINAL

FILED
JAN 1 2 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **M & A TECHNOLOGY, INC.** | ) | **BID PROTEST** |
| **Plaintiff,** | ) | 07-16 C |
| **v.** | ) | **Fed. Cl. ________** |
| **UNITED STATES,** | ) | |
| **Defendant** | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

M & A Technology, Inc. is not owned by any parent company or other corporation.

Respectfully submitted,

David P. Hendel
By [signature]

David P. Hendel
**Akerman Senterfitt Wickwire Gavin, P.C.**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750
(703) 448-1767 (Fax)

*Attorney of Record for*
*M & A Technology, Inc.*

Of Counsel:
Claude P. Goddard
J. Michael Littlejohn
Pavan Khoobchandani
**Akerman Senterfitt Wickwire Gavin, P.C.**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750
(703) 448-1767 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9 th day of January, 2007, I caused to be served via hand delivery the foregoing Rule 7.1 Disclosure Statement on the following:

Claudia Burke
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, NW
8th Floor
Washington, DC 20530

Edward J. Tolchin
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive
Suite 300
Fairfax, VA 22030-7501
703-385-9500
703-385-9893 (facsimile)

J. Michael Littlejohn