ORIGINAL

FILED
JAN 12 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **M & A TECHNOLOGY** | ) | **BID PROTEST** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Fed. Cl. No.** 07 - 16 C |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Section III of Appendix C of the Rules of the United States Court of Federal Claims, Plaintiff, M & A Technology, respectfully requests that the Court issue an Order allowing the following pleadings in the above-captioned case to be filed under seal:

1. Bid Protest Complaint

2. Plaintiff's Memorandum in Support of Its Application for a Preliminary Injunction.

3. Declaration of Magdy Elwany (including Exhibits)

In accordance with the Court's Rules of Procedure in Procurement Protest Cases, Plaintiff makes this request in accordance with its belief that the Complaint, as well as these other pleading mentioned above, contain confidential and proprietary information. Plaintiff's counsel has discussed this motion with Defendant's counsel and there is no objection to the motion.

Respectfully submitted,

David P. Hendel
**Akerman Senterfitt Wickwire Gavin, P.C.**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182

{TY006851;1}

(703) 790-8750
(703) 448-1767 (Fax)

*Attorney of Record for*
*M & A Technology, Inc.*

*Of Counsel:*
Claude P. Goddard
J. Michael Littlejohn
Pavan Khoobchandani
**Akerman Senterfitt Wickwire Gavin, P.C.**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750
(703) 448-1767 (Fax)

Dated: January 12, 2007

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **M & A TECHNOLOGY** | ) | **BID PROTEST** |
| **Plaintiff,** | ) | |
| **v.** | ) | **Fed. Cl. No. ________** |
| **UNITED STATES,** | ) | **UNDER SEAL** |
| **Defendant** | ) | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

Upon consideration of Plaintiff's Unopposed Motion for Leave to File Under Seal, and it appearing to the Court that the granting of Plaintiff's motion would be just and proper, it is this _____ day of ___________ 2007,

ORDERED that Plaintiff's Unopposed Motion for Leave to File the Complaint Under Seal be, and it is, granted; and it is further;

ORDERED that this Court shall issue a Protective Order regarding the handling and disclosure of these and other documents in this bid protest;

ORDERED that the documents shall be protected from disclosure in accordance with this Court's Protective Order;

ORDERED that the parties shall maintain the sealed documents as confidential and use the sealed documents only for the purposes of this litigation.

________________________________________
Judge, United States Court of Federal Claims

{TY006851;1}

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2007, I caused to be served via hand delivery the foregoing Plaintiff's Unopposed Motion for Leave To File Under Seal on the following:

Claudia Burke
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, NW
8th Floor
Washington, DC 20530

Edward J. Tolchin
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive
Suite 300
Fairfax, VA 22030-7501
703-385-9500
703-385-9893 (facsimile)

/J. Michael Littlejohn

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2007, I caused to be served via hand delivery a copy of the Declaration of Magdy Elwany on the following:

Claudia Burke
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, NW
8th Floor
Washington, DC 20530

Edward J. Tolchin
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive
Suite 300
Fairfax, VA 22030-7501
703-385-9500
703-385-9893 (facsimile)
*(Redacted Copy Only)*

J. Michael Littlejohn