IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M & A TECHNOLOGY, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. No: 07-16 |
| | : | |
| THE UNITED STATES | : | |
| | : | |
| Defendant. | : | |

**MOTION TO INTERVENE AND FOR LEAVE TO FILE SEPARATE RESPONSIVE PLEADING**

SteelCloud, Inc. ("SteelCloud)", respectfully requests that it be granted leave to intervene in the above captioned proceeding pursuant to Rule 24(a)(2) of the Rules of the Court of Federal Claims. This action is a bid protest in which plaintiff M & A Technology, Inc. ("M & A"), a disappointed bidder, seeks equitable and declaratory relief. SteelCloud is the recipient of the contract award challenged by M & A, and therefore has standing to intervene in this action under Rule 24(a)(2) in that SteelCloud has a substantial interest in the contested transaction, and disposition of this matter may impede or impair SteelCloud's ability to protect that interest in that if plaintiff is successful, SteelCloud's performance of the subject contract will be delayed and/or terminated. SteelCloud's interest is not adequately represented by the existing parties.

SteelCloud just received a copy of the Complaint late on Friday afternoon, January 12, 2007, and, therefore, is as yet unable to submit a responsive pleading with its motion to intervene, as is required by Rule 24(c) of the Rules of this Court. Accordingly, SteelCloud respectfully requests that it be allowed to file its responsive pleading separately within twenty (20) days of the date of this motion.

WHEREFORE, SteelCloud respectfully requests that this Court grant this Motion to Intervene and for Leave to File Separate Responsive Pleading.

Respectfully submitted,

S/Edward J. Tolchin

Edward J. Tolchin, Esquire
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, Virginia 22030
(703) 385-9500
(703) 385-9893 (facsimile)
etolchin@ftm-pc.com
Counsel for SteelCloud, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2007, a copy of the foregoing Motion to Intervene and For Leave to File Separate Responsive Pleading was served electronically and served on all counsel of record by the same means.

S/Edward J. Tolchin
Edward J. Tolchin