# In the United States Court of Federal Claims

Case No. 07-16C
(Filed: January 17, 2007)

*********************************************
M&A TECHNOLOGY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
STEELCLOUD, INC. *
*Intervenor.* *
*
*********************************************

## **ORDER**

On January 17, 2007, the Court held a telephonic preliminary status conference in order to address scheduling and other matters related to this bid protest case. The parties agreed that a preliminary injunction was unnecessary at this juncture. Because the next significant event to take place under the contract is to occur in late March 2007, the parties agreed to the following schedule for adjudicating the merits of this case:

- January 26, 2007: Filing of the Administrative Record
- February 9, 2007: Plaintiff's Motion for Judgment upon the Administrative Record
- February 23, 2007: Defendant's and Intervener's Cross-Motions/Oppositions

- March 9, 2007: Plaintiff's Reply/Opposition to Cross-Motion

- March 16, 2007: Defendant's and Intervener's Reply on its Cross-Motion

- March 20, 2007: Consolidated Statement of Facts (see *Special Procedures Order*, ¶¶ 11, 12)

The Court will hear oral arguments on the motions at 10 a.m. on March 23, 2007. Counsel shall appear in person.

The Court has filed contemporaneously with this Order the Special Procedures Order and a Provisional Protective Order. **The parties should advise Chambers of any modifications they propose to this Protective Order no later than January 19, 2007.**

The Court brings the parties' attention to the Court's recent decision in *210 Earll, L.L.C. v. United States*, 06-360C (November 21, 2006).

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge