# In the United States Court of Federal Claims

Case No. 07-16C
(Filed: January 17, 2007)

| | |
|---|---|
| M&A TECHNOLOGY, INC., *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant*, | * |
| and | * |
| STEELCLOUD, INC. *Intervenor*. | * |

**ORDER**

SteelCloud, Inc., the company awarded the contract at issue in this bid protest, filed a Motion to Intervene in the above-captioned case on January 16, 2007. The Court hereby **GRANTS SteelCloud, Inc.'s Motion to Intervene.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge