IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| M&A TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-16C |
| v. | ) | |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| | ) | Protected Material to be Disclosed |
| Defendant. | ) | Only In Accordance With U.S. |
| | ) | Court of Federal Claims |
| And | ) | Protective Order |
| | ) | |
| STEEL CLOUD, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's order during the parties' January 18, 2007 status conference, allowing us to file the administrative record upon a CD-ROM, defendant, the United States, respectfully provides notice that it is filing the administrative record in this protest. The administrative record is contained on a CD-ROM which will be filed under seal, pursuant to the protective order issued by the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Byrant G. Snee /b Kathryn A. Bleecker
BRYANT G. SNEE
Assistant Director

OF COUNSEL:

MICHAEL KIELY
Law Department
United States Postal Service
Washington, D.C.

/s Claudia Burke
CLAUDIA BURKE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 353-9063
Facsimile: (202) 514-7965

January 25, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 25th day of January, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, this Notice of Filing is attached to defendant's administrative record, filed by hand and served, by Federal Express to:

David Hendel
AKERMAN, SENTERFITT, WICKWIRE, GAVIN
8100 Boone Boulevard, Suite 700
Vienna, VA 22182 (703)790-8750

Ed Tolchin S
ETTMANN, TOLCHIN & MAJORS, P.C.
10509 Judicial Dr. Suite 300
Fairfax VA 22030 (703) 385-9500

/s Claudia Burke
CLAUDIA BURKE