IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M&A TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant.<br><br>And<br><br>STEEL CLOUD, INC.,<br><br>Defendant-Intervenor. | No. 07-16C<br><br>(Judge Baskir) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Claudia Burke, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Claudia Burke,
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 353-9063
Fax: (202) 514-7965

Attention: Classification Unit
8th Floor 1100 L Street, N.W.
Washington, DC 20530

s/ Claudia Burke

Claudia Burke
Commercial Litigation Branch
Civil Division
Department of Justice
Tele:(202) 353-9063
Fax: (202) 514-7965

January 29, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29th day of January 29, 2007, a copy of the foregoing notice of appearance, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Claudia Burke