# In the United States Court of Federal Claims

Case No. 07-16C
(Filed: February 5, 2007)

*********************************************
M&A TECHNOLOGY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
STEELCLOUD, INC. *
*Intervenor.* *
*
*********************************************

## ORDER

This Order confirms the **telephonic Status Conference** (on the record) scheduled for **2:00 p.m.**, on Tuesday, **February 6,** 2007. The Defendant shall initiate the conference call with the Plaintiff and Counsel for SteelCloud, Inc., before calling the Judge at (202) 357-6504.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge