# In the United States Court of Federal Claims

Case No. 07-16C
(Filed: February 6, 2007)

*********************************************
M&A TECHNOLOGY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
STEELCLOUD, INC. *
*Intervenor.* *
*
*********************************************

## ORDER

The Government filed the Administrative Record in the above-captioned case on January 25, 2007. On January 29, 2007, Plaintiff filed a Motion to Strike Tab 8 (Technical Evaluation Summary) and Tab 10 (Award Recommendation) from the Administrative Record. At a telephonic hearing held on February 6, 2007, the Court **GRANTED Plaintiff's Motion to Strike** Tab 8 and Tab 10 from the Administrative Record. **The Award Recommendation and Technical Evaluation Summary shall be removed from the Administrative Record.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge