NO. 07-16C (Judge Baskir)

---

**IN THE UNITED STATES COURT OF THE FEDERAL CLAIMS**

---

**M&A TECHNOLOGIES, INC.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant,**

**and**

**STEELCLOUD, INC.,**

**Defendant-Intervenor.**

---

# DEFENDANT'S MOTION TO DISMISS

---

**PETER D. KEISLER**
**Assistant Attorney General**

**JEANNE E. DAVIDSON**
**Acting Director**

**BRYANT G. SNEE**
**Assistant Director**

**CLAUDIA BURKE**
**Attorney**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**Attn: Classification Unit,**
**8th Floor**
**1100 L St., N.W.**
**Washington, D.C. 20530**
**Tel: (202) 353-9063**
**Fax: (202) 514-7965**

**OF COUNSEL:**
**MICHAEL KIELY**
**Law Department**
**United States Postal Service**

**February 8, 2007** **Attorneys for Defendant**

# TABLE OF CONTENTS

DEFENDANT'S MOTION TO DISMISS. . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

DEFENDANT'S BRIEF. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

STATEMENT OF THE ISSUE.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

STATEMENT OF THE CASE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I. Nature Of The Case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II. Statement Of Relevant Facts. . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

I. Standard Of Review. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

II. M&A's Complaint Should Be Dismissed Because The Postal Service's Remedial Action Has Rendered This Protest Moot.. . . . . . . . . . . . . . . . . 7

A. The Gravaman Of M&A's Complaint Is Now Moot. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

B. SteelCloud's Pre-Complaint Performance Does Not Provide M&A With Any Remaining Claims. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

# TABLE OF AUTHORITIES

**CASES:**

**PAGES:**

Brickwood Contractors, Inc. v. United States,
49 Fed.Cl. 738 (2001)
rev'd on other grounds, 288 F.3d 1371 (Fed. Cir.2002). . . . . . . . . 14

CACI Field Serv., Inc. v. United States,
13 Cl. Ct. 718, 725 (1987),
aff'd, 854 F.2d 464 (Fed. Cir. 1988). . . . . . . . . . . . . . . . . . . . . . . . 5

CCL Service Corp. v. United States,
43 Fed. Cl. 680 (1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 9, 10

DGS Contract Serv., Inc. v. United States,
43 Fed. Cl. 227 (1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 13

Deakins v. Monaghan,
484 U.S. 193 (1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Etowah Manufacturing Co., Inc. v. United States,
215 Ct. Cl. 1067 (1978). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Fina Oil & Chemical Co. v. Ewen,
123 F.3d 1466 (Fed. Cir. 1997).. . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

LABAT-Anderson, Inc. v. United States,
65 Fed. Cl. 570 (2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Lion Raisins, Inc. v. United States,
69 Fed. Cl. 32 (2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Mantech Telecommunications and Information Sys. Corp. v. United States,
49 Fed. Cl. 57 (2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

McCahill v. Borough of Fox Chapel,
438 F.2d 213 (3rd Cir. 1971).. . . . . . . . . . . . . . . . . . . . . . . . . . 12

NFK Eng'g, Inc. v. United States,
805 F.2d 372 (Fed. Cir. 1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Northrop Corp., Northrop Elcs. Sys Div. v. United States,
27 Fed. Cl. 795 (1993). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

PRC, Inc. v. Widnall,
64 F.3d 644 (Fed. Cir. 1995). . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10

Parcel 49C Ltd. P'Ship v. United States,
31 F.3d 1147 (Fed. Cir. 1994). . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Prineville Sawmill Co., Inc. v. United States,
859 F.2d 905 (Fed. Cir. 1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

RADVA Corp. v. United States,
17 Cl. Ct. 812, 818 (1989),
aff'd, 914 F.2d 271 (Fed. Cir. 1990). . . . . . . . . . . . . . . . . . . . . . . . . 5

S.K.J & Assoc., Inc. v. United States,
67 Fed. Cl. 218 (2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 11

Tilley Lamp Co. v. A.W. Thacker,
454 F.2d 805 (5th Cir. 1972). . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

United Enterprise & Assoc. v. United States,
70 Fed. Cl. 1 (2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

United States v. John C. Grimier Co.,
702 F.2d 1362 (Fed. Cir. 1983). . . . . . . . . . . . . . . . . . . . . . . . . . 13

United States v. King,
395 U.S. 1 (1969). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

United States v. Testan,
424 U.S. 392 (1976). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

**STATUTES:**

28 U.S.C. § 1491(b). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

28 U.S.C. § 1491(b)(1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 12

28 U.S.C. § 1491(b)(1) & (2).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**REGULATIONS:**

39 C.F.R. § 601.107, 108. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

40 C.F.R. § 15.306(d)(2)(3).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7