MAIL EQUIPMENT PORTFOLIO

UNITED STATES
POSTAL SERVICE

February 08, 2007

David Moynihan
SteelCloud
1040 Park Center Road, Suite 210
Herndon, VA 20171

Subject: Termination for Convenience

Reference: Contract 3AAREC-07-B-0007

The Postal Service has determined that it will not exercise the options contained in the referenced contract. Therefore, pursuant to Clause 4-1 of said contract, *General Terms and Conditions* (March 2006), paragraph I, *Termination for the Postal Service's Convenience*, the Postal Service is hereby terminating the contract for its convenience effective the date of this notice.

Because the remaining portion of the contract consists of two options that the Postal Service has not exercised and because performance of any work under the contract has been stayed since January 17, 2007, we believe that SteelCloud should not have incurred any unreimbursed costs related to those unexercised options. Nonetheless, you are further directed to take the following actions:

1. Stop work, if any, immediately on the terminated portion of the contract and stop placing subcontracts, if any, under that portion;

2. Terminate all subcontracts, if any, related to the terminated portion of the contract;

3. Immediately advise the contracting officer of any special circumstances precluding stoppage of work;

4. Take necessary action to protect and preserve property in which the Postal Service has or may acquire an interest, and deliver the property to the Postal Service or otherwise dispose of it as directed by the contracting officer;

5. Promptly notify the contracting officer in writing of any legal proceedings growing out of a subcontract or other commitment related to the terminated portion of the contract;

6. Settle outstanding liabilities and claims arising out of subcontract terminations, with prior approval or ratification by the contracting officer;

7. Promptly submit a settlement proposal, if necessary, supported by appropriate schedules; and

8. Account for any termination inventory, the disposition of which will be directed by the contracting officer after receiving a quote for the possible restocking of that inventory with your supplier.

8403 LEE HWY (DEWEY BLDG.)
MERRIFIELD VA 22082-8150
(703) 280-7836
FAX: (703) 280-8412

In the event that a termination-for-convenience settlement proposal will not be filed, please advise the Postal Service that a no-cost termination settlement of this contract shall apply. You are requested to acknowledge receipt of this letter in writing or via e-mail. Any questions regarding this matter should be directed to the undersigned.

Regards,

Mark S. Travers
Contracting Officer
Automation CMC
703-280-7953
mark.s.travers@usps.gov