**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **M&A TECHNOLOGIES, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 07-16C** |
| **v.** | ) | **(Judge Baskir)** |
| **UNITED STATES,** | ) | |
| **Defendant,** | ) | |
| **And** | ) | |
| **STEEL CLOUD, INC.,** | ) | |
| **Defendant-Intervenor.** | ) | |

**DECLARATION OF MARK S. TRAVERS, CONTRACTING OFFICER**

1. I, Mark S. Travers, am a contracting officer for the Automation Category Management Center, Mail Equipment Portfolio, United States Postal Service, in Merrifield, Virginia.. I have personal knowledge of the matters set forth in this declaration.

2. I was the contracting officer for solicitation no. 3AAREC-07-A-0001, which sought the acquisition of 2,545 computers for the Postal Service, and I am the contracting officer for contract no. 3AAREC-07-B-0007, which resulted from the solicitation. The award of contract no. 3AAREC-07-B-0007 to SteelCloud, Inc. is the subject matter of this bid protest action.

3. Today, February 8, 2007, the Postal Service terminated for its convenience contract no. 3AAREC-07-B-0007.

4. Following the termination for convenience of contract no. 3AAREC-07-B-0007, the Postal Service shall at once recompete the terminated contract by issuing a new solicitation for essentially the same goods that were the subject of solicitation no. 3AAREC-07-A-0001.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2007.

Mark S. Travers
Contracting Officer
United States Postal Service