# In the United States Court of Federal Claims

Case No. 07-16C
(Filed: February 12, 2007)

*********************************************
M&A TECHNOLOGY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
STEELCLOUD, INC. *
*Intervenor.* *
*
*********************************************

**ORDER**

On February 9, 2007, the Plaintiff filed a document entitled "Plaintiff's Statement of Facts in Support of Its Memorandum in Support of Its Motion for Judgment on the Administrative Record." As this document does not comply with the Court's Special Procedures Order (SPO), filed in this case on January 17, 2007, **the Clerk of Court is directed to STRIKE this submission from the record.**

The parties' attention is especially directed to Paragraphs 8 and 9 of the Court's SPO with regard to the substance and formatting of the Consolidated Statement of Facts.

As discussed at the Status Conference held in this case on January 17, 2007, and in accordance with the Court's Order issued that same day, **the parties shall file the Consolidated Statement of Facts no later than March 20, 2007.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge