REDACTED COPY

CERTIFICATE OF FILING

I hereby certify that on this 9th day of February 2007, a copy of the foregoing " PLAINTIFF’S APPENDIX " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s David P. Hendel
David P. Hendel

REDACTED COPY

* SPP – United States Postal Service Supplying Principles and Practices Manual. This guide also contains purchasing policies and standards.

**Respectfully Submitted,**

s/David P. Hendel

______________________________

David P. Hendel
**Akerman Senterfitt Wickwire Gavin, P.C.**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750
(703) 448-1767 (Fax)

*Attorney of Record*
*for M&A Technology, Inc.*

**Of Counsel**:

J. Michael Littlejohn
Claude P. Goddard
Pavan Khoobchandani
**Akerman Senterfitt Wickwire Gavin, P.C.**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703)790-8750

REDACTED COPY

includes the Elwany declaration originally filed with the Complaint in the Appendix at Tab 20.

As directed by the Court's January 17 Order, below is a chronology of significant events and some relevant names and abbreviations discussed in the protest.

**Chronology**

| | |
|---|---|
| October 19, 2006 | Solicitation issued |
| October 26, 2006 | Proposals received |
| November 6, 2006 | SteelCloud proposal received |
| November 21, 2006 | Award Notice to SteelCloud |
| November 27, 2006 | Notice of Award to other offerors |
| November 30, 2006 | CO signs contract award |
| December 11, 2006 | USPS debriefs M&A |
| December 22, 2006 | M&A provides draft complaint to USPS |
| December 29, 2006 | Award Recommendation (AR Tab 10)[1] |

**List of Names and Abbreviations**

* AFSM100 – The type of computer server desired by USPS under Solicitation No. 3AAREC-07-A-001.

* Brenda Weeks – The USPS Program Manager assigned to Solicitation No. 3AAREC-07-A-001.

* FRIP – Flats Recognition Improvement Program.

* Mark Travers – USPS Contracting Officer assigned to Solicitation No. 3AAREC-07-A-001.

* Siemens – Siemens Energy & Automation, Inc., a USPS contractor with obligations relating to Solicitation No. 3AAREC-07-A-001.

[1] The Court struck this document from the Administrative Record pursuant to its February 6, 2007 Order.

REDACTED COPY

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

[redacted]

| | | |
|---|---|---|
| **M&A TECHNOLOGY, INC.** | ) | |
| | ) | **BID PROTEST** |
| **Plaintiff,** | ) | |
| | ) | [redacted] |
| **v.** | ) | |
| | ) | **Fed. Cl. No. 07-16** |
| **UNITED STATES,** | ) | |
| | ) | **(Judge Baskir)** |
| **Defendant.** | ) | |
| ______________________________ | ) | |

**PLAINTIFF'S APPENDIX**

Pursuant to the Court's January 17, 2007 Order, Plaintiff hereby submits its Appendix of documents relied upon in support of its Motion for Judgment on the Administrative Record, Statement of Facts, and Memorandum In Support of its Motion for Judgment on the Administrative Record. Because the United States filed the Administrative Record consisting of one volume and 454 pages on January 27, 2007, Plaintiff includes in the Appendix only those pages directly cited from the AR and uses the Tab numbers and pages cited by the Defendant. Those cited documents are included as exhibits to this document. In addition, Plaintiff