**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **M&A TECHNOLOGY, INC.** | ) | |
| | ) | **BID PROTEST** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07-16C** |
| | ) | **(Judge Baskir)** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff M&A Technology, Inc., pursuant to Rule 41(a)(1), hereby provides notice of dismissal, with prejudice, of this action. Plaintiff has advised Defendant's and Intervenor's counsel concerning this notice, but neither counsel has yet stated whether they object to such dismissal.

Rule 41(a)(1) allows an action to be dismissed by plaintiff at any time "before service of an answer or of a motion for summary judgment." No answer has been filed in this action. While Plaintiff has filed a motion for judgment on the administrative record pursuant to Rule 52.1(b), this is a different proceeding than a motion for summary judgment pursuant to Rule 56. Thus, Plaintiff believes it may provide notice of dismissal of this action under Rule 41(a)(1).

Because of this notice of dismissal, Plaintiff does not intend to file a response to Defendant's Motion to Dismiss, which is otherwise due today. If Plaintiff's Notice of Dismissal is ultimately opposed, Plaintiff requests an extension of time to reply to Defendant's motion.

Respectfully submitted,

s/ David P. Hendel

David P. Hendel
**Akerman Senterfitt Wickwire Gavin, P.C.**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750
(703) 448-1767 (Fax)

*Attorney of Record for M&A Technology, Inc.*

Of Counsel:
J. Michael Littlejohn
Claude P. Goddard
Pavan Khoobchandani
**Akerman Senterfitt Wickwire Gavin, P.C.**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750
(703) 448-1767 (Fax)

CERTIFICATE OF FILING

I hereby certify that on this 8th day of March 2007, a copy of the foregoing " PLAINTIFF'S NOTICE OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David P. Hendel
David P. Hendel