IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M&A TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-16C |
| v. | ) | (Judge Lawrence M. Baskir) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF DISMISSAL

On March 8, 2007, plaintiff, M&A Technology, Inc., filed a notice of dismissal. We respectfully notify the Court that defendant, the United States, has no objection to plaintiff's notice. Accordingly, we do not intend to file a response to plaintiff's motion for judgment upon the administrative record today.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 353-9063
Facsimile: (202) 514-7965

MICHAEL KIELY
MICHELLE WINDMUELLER
Law Department
United States Postal Service
Washington, D.C.

March 8, 2007

Attorneys for Defendant

# CERTIFICATE OF FILING

I hereby certify that on March 8, 2007, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke