# In the United States Court of Federal Claims

Case No. 07-16C
(Filed: March 14, 2007)

**********************************************
M&A TECHNOLOGY, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
STEELCLOUD, INC. *
*Intervenor.* *
*
**********************************************

## ORDER

On March 8, 2007, Plaintiff filed a Notice of Dismissal, with prejudice, of this action pursuant to RCFC 41(a)(1). On March 8, 2007, Defendant filed a Response to Plaintiff's Notice of Dismissal stating that it had no objection to Plaintiff's notice. On March 13, 2007, counsel for Intervenor SteelCloud, Inc. informed the court via telephone that it did not intend to file an objection to Plaintiff's notice.

Rule 41(a)(1)(i) allows a plaintiff to dismiss an action without an order of the Court at any time "before service of an answer or of a motion for summary judgment." No answer has been filed in this action. Although Plaintiff filed a Motion for Judgment on the Administrative Record pursuant to Rule 52.1(b), the Court finds that this is a different proceeding than a motion for summary judgment under Rule 56 and therefore Plaintiff may provide notice of dismissal of this action under Rule 41(a)(1)(i).

For the reasons stated above, **Plaintiff's Notice of Dismissal is effective and its Complaint is dismissed, with prejudice.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge